MARIE POUY and Others, Appellants, Respondents, v. MARIA MANDIA and ANTHONY MANDIA, Respondents, Appellants.— Judgment in so far as appealed from modified so as to extend the injunctive relief accorded herein to the *bona fide* tenants and guests of the owners of any portions of parcel A, and by eliminating the provision excluding tenants, lessees or licensees of said owners, and as so modified unanimously affirmed, without costs. The easement herein is appurtenant to the land and its beneficial enjoyment accrues not only to the owners of portions of parcel A but to *bona fide* tenants and guests of such owners. The regulations prescribed by the defendants to enable them to identify those who are rightfully entitled to enjoy the easement are reasonable and proper. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions should be made in accordance herewith. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ. Settle order on notice.

JAMES W. PRENDERGAST, Respondent, v. MILDRED BRANDT and Others, Defendants, Impleaded with JOSEPH GELENTER, Also Known as GALENTER, Appellant, and MARCUS FRIEDLANDER, Receiver, Respondent.— Order, in so far as appealed from, reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Upon the facts disclosed by the record the receiver was not entitled to the rents in question. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

PURITAN STEAM LAUNDRY CO., INC., Appellant, v. JACK ROBBINS, Respondent.— Order denying plaintiff's motion for an injunction *pendente lite* reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent of restraining respondent from engaging in the laundry business in any capacity in that part of Mount Vernon included in route 24, on condition that within five days appellant furnish an undertaking with corporate surety in the sum of $3,000. The showing made herein by plaintiff required that an injunction *pendente lite* issue upon proper terms but the prohibited territory should be limited to route 24. (*Borough Hall Steam Laundry, Inc.*, v. *Sawoff*, 226 App. Div. 673; *New York Linen Supply & Laundry Company, Inc.*, v. *Lapayover*, 202 id. 754.) Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.